### In re MIDWESTERN PET FOODS, INC.

No. 2014–1272.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2014.

Timothy D. Pecsenye, Blank Rome LLP, Philadelphia, Pennsylvania, argued for appellant.

Christina J. Hieber, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Nathan K. Kelley, Solicitor, and Thomas Casagrande, Associate Solicitor.

TARANTO, BRYSON, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.